JASON HICKS
Nevada Bar No. 13149
KERRY E. KLEIMAN
Nevada Bar No. 14071
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Email: jason.hicks@gtlaw.com
kerry.kleiman@gtlaw.com
*Attorney for Defendant Amazon.com Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KAREILL ITISHA PETERS,

Plaintiff,

vs.

AMAZON.COM SERVICES LLC,

Defendant.

Case No. 3:26-cv-00182-MMD-CLB

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Kareill Peters, and Defendant Amazon.com Services LLC, hereby jointly stipulate that this action should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and LR 7-1. The parties respectfully request that this Court enter the Order attached hereto.

**IT IS THEREFORE STIPULATED AND AGREED TO BETWEEN THE PARTIES** that this matter, and all claims asserted herein, be dismissed with prejudice, with each party to bear its own costs and fees.

DATED this 1st day of September, 2026

*/s/ Kareill I. Peters*
KAREILL I. PETERS
Appearing *in pro per*
661 University Way, Apt. 515A
Reno, NV 89501
Karipeters94@gmail.com

*Plaintiff, pro se*

DATED this 1st day of September, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Kerry E. Kleiman*
JASON HICKS
Nevada Bar No. 13149
KERRY E. KLEIMAN
Nevada Bar No. 14071
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Defendant Amazon.com Services LLC*



Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

**ORDER**

Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(2) and LR 7-1.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case.

DATED this 2nd day of September, 2026.

HON. MIRANDA M. DU
U.S. DISTRICT COURT JUDGE

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)